**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TEMITOPE S. ADEBOYE, | : | Civil No. 1:26-CV-00753 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN AT FCI-ALLENWOOD LOW, | : | |
| | : | Judge Jennifer P. Wilson |
| Respondent. | : | |

**ORDER**

**AND NOW**, on this 22nd day of April 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is deemed **FILED**.

2. The petition, Doc. 1, is **DISMISSED**.

3. The Clerk of Court is directed **CLOSE** the case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania